# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| YAUSEAFF L. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-cv-3098 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on the parties' Agreed Motion to Award Attorney Fees and Expenses (d/e 21).  The parties have consented, pursuant to 28 U.S.C. §636(c), to proceed before this Court.  <u>Consent to Proceed Before a United States Magistrate Judge, and Order of Reference entered December 31, 2015 (d/e 18)</u>.  Plaintiff prevailed in this matter and now requests an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  The Defendant Commissioner of Social Security does not object to Plaintiff's request for attorney fees and costs.  The instant motion is agreed.  The Court has further reviewed the request and determines that the request of $7,500.00 in attorney fees and

expenses is reasonable and appropriate in this case.  The Motion is therefore allowed.

Plaintiff has assigned his right to attorney fees to his counsel.  Such an assignment is appropriate as long as the award of fees is not subject to offset for any debt that Plaintiff may owe the United States.  See Astrue v. Ratliff, 560 U.S. 586, 130 S.Ct. 2521, 2529-30 (2010).  The Commissioner will therefore pay the amount of the award that is not subject to offset directly to Plaintiff's attorney.

WHEREFORE the parties' Agreed Motion to Award Attorney Fees and Expenses (d/e 21) is ALLOWED.  The Court awards Plaintiff Yauseaffe Hunt $7,500.00 in attorney fees and expenses.  Plaintiff has assigned the award of fees to his attorney.  The Commissioner is therefore directed to pay the amount of the award that is not subject to offset directly to his attorney, David Sutterfield.

ENTER:  May 16, 2016

                                                     *s/ Tom Schanzle-Haskins*
                                    UNITED STATES MAGISTRATE JUDGE